IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RANDY DEWAYNE BATTLES**                                                                           **PLAINTIFF**

**v.**                                                                           **No. 3:19CV292-DAS**

**DESOTO COUNTY JAIL STAFF, ET AL.**                                        **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On December 23, 2019, the court entered an order requiring the plaintiff to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has not updated his current address with the court. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 19th day of August, 2020.

                                                   /s/ David A. Sanders
                                                   DAVID A. SANDERS
                                                   UNITED STATES MAGISTRATE JUDGE